**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STARHOME GMBH,<br><br>                Plaintiff,<br><br>        v.<br><br>AT&T MOBILITY LLC;<br>ROAMWARE, INC.; and<br>T-MOBILE USA, INC.,<br><br>                Defendants. | C.A. No. 10-434 (GMS)<br><br>**DEMAND FOR JURY TRIAL** |

**DEFENDANT T-MOBILE USA, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant-Counterclaim Plaintiff T-Mobile USA, Inc. hereby gives notice that T-Mobile USA, Inc., a Delaware corporation, is a wholly-owned subsidiary of T-Mobile Global Holding GmbH, a German entity, which, in turn, is a wholly-owned subsidiary of Deutsche Telekom AG, a German entity.  Deutsche Telekom AG is a publicly-traded company.  The American Depository Receipts of Deutsche Telekom AG are publicly traded in the United States.

No other company owns 10% or more of T-Mobile USA, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendants AT&T Mobility LLC,
Roamware, Inc. and T-Mobile USA, Inc.*

*Of Counsel:*
Josh A. Krevitt
Benjamin Hershkowitz
Kevin Cherry
Karen Grus
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166
(212) 351-4000

August 13, 2010
3712850

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard K. Herrmann,
> Mary B. Matterer
> Amy A. Quinlan
> MORRIS JAMES LLP

I further certify that I caused copies of the foregoing document to be served on August 13, 2010, upon the following in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann<br>Mary B. Matterer<br>Amy A. Quinlan<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Nicholas Groombridge<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | *VIA ELECTRONIC MAIL* |
| Tarra Louise Zynda<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana Street<br>Suite 1600<br>Houston, TX  77002 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)