**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STARHOME GMBH, | |
| Plaintiff, | |
| v. | Civil Action No. 10-434-GMS |
| AT&T MOBILITY LLC, ROAMWARE, INC., and T-MOBILE USA, INC., | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Tarra L. Zynda is hereby withdrawn as counsel of record for Plaintiff, Starhome GmbH. Plaintiff continues to be represented by the law firms of Morris James LLP and Weil, Gotshal & Manges LLP.

.

October 29, 2010

By:   */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
Tel. (302) 888-6800
Email: rherrmann@morrisjames.com

*Attorneys for Plaintiff Starhome GmbH*