## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| STARHOME GMBH,<br><br>      Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, ROAMWARE, INC.,<br>and T-MOBILE USA, INC.,<br><br>      Defendants. | Civil Action No. 10-434-GMS |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Todd Patterson is hereby withdrawn as counsel of record for Plaintiff, Starhome GmbH.  Plaintiff continues to be represented by the law firms of Morris James LLP and Weil, Gotshal & Manges LLP.

.

March 2, 2011

By:   */s/ Richard K. Herrmann*
  Richard K. Herrmann (#405)
  MORRIS JAMES LLP
  500 Delaware Avenue, Suite 1500
  Wilmington, DE 19899-2306
  Tel. (302) 888-6800
  Email: rherrmann@morrisjames.com

  *Attorneys for Plaintiff Starhome GmbH*