**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STARHOME GMBH, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | C.A. No. 10-434 (GMS) |
| ) | |
| AT&T MOBILITY LLC; ) | |
| ROAMWARE, INC.; and ) | **JURY TRIAL DEMANDED** |
| T-MOBILE USA, INC., ) | |
| ) | |
| *Defendants*. ) | |

**NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION**

In accordance with local and Federal Rules, Nicholas Groombridge and Erin Wiggins, counsel for Plaintiff, Starhome GMBH, hereby provides notice to the Court of a change of address and firm affiliation. Contact information for Nicholas Groombridge and Erin Wiggins is as follows:

Nicholas Groombridge
Erin Wiggins
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212-373-3000
Facsimile: 212-757-3990
Email: ngroombridge@paulweiss.com
Email: erwiggins@paulweiss.com

Starhome GMBH will continue to be represented by Morris James LLP as Delaware counsel.

Dated:  September 13, 2011

            */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for  Starhome GMBH*