# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

September 16, 2011

The Honorable Gregory M. Sleet
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, DE 19801

*BY ELECTRONIC FILING*

Re:   *Starhome GmbH v. AT&T Mobility et al.*, C.A. No. 10-434 (GMS)

Dear Chief Judge Sleet:

In anticipation of the discovery teleconference scheduled for September 20, 2011 at 3:15 p.m. in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

**Defendants' Issues:**

- Plaintiff's responses to defendants' interrogatories
- Plaintiff's responses to defendants' requests for production
- Plaintiff's production of documents

**Plaintiff's Issues:**

- Defendants' production of documents
- Date for substantial completion of document production

Respectfully,

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

cc:   Counsel of Record (Via Electronic Filing)

4493811.1