IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STARHOME GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-434 (GMS) |
| | ) | |
| AT&T MOBILITY LLC, ROAMWARE, | ) | |
| INC. and T-MOBILE USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>STIPULATION AND ORDER</u>**

WHEREAS, on September 23, 2011, the Court entered an Oral Order rescheduling the *Markman* hearing from January 4, 2012 to February 1, 2012 at 9:30 a.m.;

WHEREAS, the parties seek to adjust the remaining discovery schedule accordingly; and

WHEREAS, this stipulation does not affect the Pretrial Conference or Trial dates;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following adjustments to the discovery schedule shall be made:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Parties exchange proposed claim terms for construction | September 28, 2011 | October 21, 2011 |
| Parties exchange proposed claim constructions | October 12, 2011 | October 31, 2011 |
| Joint Claim Construction Chart due | October 26, 2011 | November 7, 2011 |
| Opening claim construction briefs due | November 9, 2011 | December 2, 2011 |
| Answering claim construction briefs due | December 7, 2011 | December 29, 2011 |
| Joint Appendix of Intrinsic Evidence due | December 7, 2011 | December 30, 2011 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Notice of intent to rely on opinion of counsel as defense to willfulness | December 9, 2011 | January 5, 2012 |
| Deadline to join additional parties | January 9, 2012 | January 16, 2012 |
| Production of any opinions of counsel relied upon | December 23, 2011 | January 19, 2012 |
| *Markman* hearing | | February 1, 2012 at 9:30 a.m. |
| Close of fact discovery | February 3, 2012 | February 22, 2012 |
| Opening expert reports due | February 24, 2012 | March 14, 2012 |
| Rebuttal expert reports due | March 23, 2012 | April 4, 2012 |
| Close of expert discovery | April 13, 2012 | April 18, 2012 |

MORRIS JAMES LLP

/s/ *Kenneth L. Dorsney*

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendants*

SO ORDERED this ___ of _____ 2011.

_____
Chief Judge

2