**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STARHOME GMBH, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
|   vs. | ) C.A. No. 10-434 (GMS) |
| | ) |
| AT&T MOBILITY LLC; | ) |
| ROAMWARE, INC.; and | ) **JURY TRIAL DEMANDED** |
| T-MOBILE USA, INC., | ) |
| | ) |
|     *Defendants*. | ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of attorneys Nicholas P. Groombridge and Erin Wiggins and the law firm of PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP and ENTER the appearance of attorneys John M. DiMatteo and Robert G. Kofsky and the law firm of WILLKIE FARR & GALLAGHER LLP as trial counsel for Plaintiff Starhome GMBH ("Starhome"). Contact information is as follows:

> John M. DiMatteo – jdimatteo@willkie.com
> Robert G. Kofsky – rkofsky@willkie.com
> Willkie Farr & Gallagher LLP
> 787 Seventh Avenue
> New York, NY 10019-6099
> 212.728.8000

Morris James LLP will continue as Delaware counsel for Starhome.

| | |
|---|---|
| Dated: November 2, 2011 |   */s/ Kenneth L. Dorsney* |
| | Richard K. Herrmann (I.D. #405) |
| | Mary B. Matterer (I.D. #2696) |
| | Kenneth L. Dorsney (I.D. #3726) |
| | MORRIS JAMES LLP |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | 302.888.6800 |
| | kdorsney@morrisjames.com |
| | *Attorneys for Plaintiff* |